**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| AEC ELECTRIC CORP., | ) | Case No. 14-45427 |
| | ) | |
| Debtor. | ) | Hon. Timothy A. Barnes |
| | ) | |
| PHILLIP D. LEVEY, not individually but solely as Chapter 7 Trustee, | ) | Adversary Case No. 16-00750 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| PARAMONT – EO, INC. | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION OF DISMISSAL**

Phillip D. Levey, not individually but solely in his capacity as Chapter 7 Trustee for the Estate of AEC Electric Corp. (the "Trustee") and Paramont-EO, Inc. ("Paramont"), by and through their undersigned counsel, hereby stipulate and agree pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, as adopted by Rule 7041 of the Federal Rules of Bankruptcy Procedure, to the dismissal of the complaint filed in the above-referenced adversary proceeding, with prejudice.

*[Remainder of Page Intentionally Left Blank]*

Dated: January 23, 2019

Respectfully submitted,

**PHILLIP D. LEVEY, not individually but solely in his capacity as Chapter 7 Trustee for the Estate of AEC Electric Corp.**

**PARAMONT E-O, INC.**

By:  /s/ *Sean P. Williams*

George P. Apostolides (6228768)
Sean P. Williams (6314275)
SAUL EWING ARNSTEIN & LEHR LLP
161 N. Clark Street, Suite 4200
Chicago, Illinois 60601
Phone: (312) 876-7100
Fax: (312) 876-0288
e-mail: sean.williams@saul.com

By:    /s/ James P. Ziegler

James P. Ziegler (3109666)
Stone, Pogrund & Korey LLC
1 E. Wacker Drive, Suite 2610
Chicago, Illinois 60601
Tel: (312) 782-3636
Fax: (312) 782-1482